# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIALTO POCKETS, INC., et al.<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, INCLUDING BEAZLEY FURLONGE LTD.,<br>　　　Defendants. | CV 20-7709 DSF (JPRx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

　　　Plaintiffs filed a complaint in this Court on the basis of diversity jurisdiction.  However, the citizenships of the members of the plaintiff LLCs were not pleaded.  See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen).  Also, because a Lloyd's syndicate is an unincorporated entity, such a syndicate is a citizen of all places where its various underwriters are citizens. See Indiana Gas Co. v. Home Ins. Co., 141 F.3d 314 (7th Cir. 1998). Therefore, Plaintiffs are ordered to file an amended complaint no later than September 17, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being dismissed without prejudice.

　　　IT IS SO ORDERED.

Date: September 3, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge