JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIALTO POCKETS, INC., et al.,<br>  Plaintiffs,<br><br>  v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, INCLUDING BEAZLEY FURLONGE LTD, et al.,<br>  Defendants. | CV 20-7709 DSF (JPRx)<br><br>JUDGMENT<br>[57] |

The Court having granted Defendant's motion to dismiss Plaintiffs' First Amended Complaint with leave to amend and Plaintiffs having filed a Notice That No Second Amended Complaint Will Be Filed,

IT IS ORDERED AND ADJUDGED that Plaintiffs take nothing and that the action is dismissed with prejudice.

IT IS SO ORDERED.

Date: February 1, 2021

Dale S. Fischer
United States District Judge